```
DANIEL J. BRODERICK
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAG 09-163-GGH |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO |
| v. ) | EXTEND TIME FOR PRELIMINARY |
| ) | HEARING AND EXCLUDE TIME |
| Matthew M. Fraticelli, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    The parties through their respective counsel, hereby agree to postpone the preliminary hearing, presently scheduled for July 17, 2009, to August 28, 2009, at 2:00 p.m.  The purpose of the postponement is to allow the parties to consult with psychological experts prior to final charging decisions and to allow possible pre-indictment plea negotiations.  The parties further agree that the time from July 17, 2009 and extending through August 28, 2009 should be excluded from the calculation of time under the Speedy Trial Act.  Rule 5.1(d), F.R.Crim.P. The ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

1

1  18 U.S.C. § 3161(h)(7)(B)(iv).  Furthermore, the parties
2  stipulate that this interest of justice outweighs the interest of
3  the public and the defendant in a speedy filing of an indictment
4  or information, 18 U.S.C. §§ 3161(b) and (h)(7)(A), and that this
5  good cause outweighs the public's interest in the prompt
6  disposition of criminal cases.  Rule 5.1(d), F.R.Crim.P.

                                    Respectfully Submitted,

                                    LAWRENCE G. BROWN
                                    Acting United States Attorney


DATE: July 14, 2009        By:      /s/ Richard J. Bender
                                    RICHARD J. BENDER
                                    Assistant U.S. Attorney
                                    R. STEVEN LAPHAM
                                    Assistant U.S. Attorney


DATE: July 14, 2009                 /s/  Dennis S. Waks
                                    DENNIS S. WAKS
                                    Supervising Assistant Federal
                                    Defender


**SO ORDERED.**

Dated:  July 15, 2009.
                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE

2